B3A (Official Form 3A) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **Stephen P. Gautschi**
**Kimberly A. Gautschi**
_____
Debtor(s)

Case No. __**12-37201**__
Chapter __**7**__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS - AMENDED

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __**306.00**__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _____**102.00**_____ Check one    ■ With the filing of the petition, or
                                          ☐ On or before _____

   $ _____**102.00**_____ on or before   __**10/19/12**__

   $ _____**102.00**_____ on or before   __**11/19/12**__

   $ _____ on or before   _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date __9-21-12__                           Signature  **/s/ Stephen P. Gautschi**
                                                       **Stephen P. Gautschi**
**/s/ Dennis W. Hoornstra**                            Debtor
Attorney for Debtor(s)
**Dennis W. Hoornstra 01256947**
**Law Office of Dennis W. Hoornstra**
**100 W. Roosevelt Road, Unit B8 103C**
**Wheaton, IL 60187**                      Signature  **/s/ Kimberly A. Gautschi**
**630-462-8100**                                       **Kimberly A. Gautschi**
**Fax: 630-462-8127**                                  Joint Debtor
**d.hoornstra@sbcglobal.net**

B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: Stephen P. Gautschi
      Kimberly A. Gautschi
                         Debtor(s)

Case No. 12-37201
Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS - AMENDED

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **306.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **102.00** Check one    ■ With the filing of the petition, or
                                  ☐ On or before _____

   $ **102.00** on or before **10/19/12**

   $ **102.00** on or before **11/19/12**

   $ _____ on or before _____

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **9/18/12**

Signature _____
Stephen P. Gautschi
Debtor

Attorney for Debtor(s)
Dennis W. Hoomstra 01256947
Law Office of Dennis W. Hoomstra
100 W. Roosevelt Road, Unit B8 103C
Wheaton, IL 60187
630-462-8100
Fax: 630-462-8127
d.hoomstra@sbcglobal.net

Signature _____
Kimberly A. Gautschi
Joint Debtor